**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  REESTABLISHMENT OF THE | : | NO.  489 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 46th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 14th day of June, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 46th Judicial District (Clearfield County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Clearfield County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 46-3-01 | Bloom Township |
| Magisterial District Judge David S. Meholick | Brady Township |
| | City of DuBois |
| | Falls Creek Borough |
| | Huston Township |
| | Pine Township |
| | Sandy Township |
| | Troutville Borough |
| | Union Township |
| | |
| Magisterial District 46-3-02 | Clearfield Borough |
| Magisterial District Judge Joseph M. Morris | Curwensville Borough |
| | Lawrence Township |
| | Pike Township |

Magisterial District 46-3-03
Magisterial District Judge Jerome M. Nevling

Bradford Township
Chester Hill Borough
Cooper Township
Covington Township
Decatur Township
Girard Township
Goshen Township
Graham Township
Karthaus Township
Morris Township
Osceola Mills Borough

Magisterial District 46-3-04
Magisterial District Judge James B. Glass

Beccaria Township
Bell Township
Bigler Township
Boggs Township
Brisbin Borough
Burnside Borough
Burnside Township
Chest Township
Coalport Borough
Ferguson Township
Glen Hope Borough
Grampian Borough
Greenwood Township
Gulich Township
Houtzdale Borough
Irvona Borough
Jordan Township
Knox Township
Lumber City Borough
Mahaffey Borough
New Washington Borough
Newburg Borough
Penn Township
Ramey Borough
Wallaceton Borough
Westover Borough
Woodward Township